# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

Gabriela Acosta
Chief Deputy Clerk

TO: The Honorable Judge John M. Gerrard

FROM: Clerk, U.S. District Court, Kristy Furey

DATE: April 12, 2017

SUBJECT: 8:16CV349 Muhannad v. Peterson

A party, who has been given permission to proceed in forma pauperis in district court, has filed a notice of appeal. Please note the following:

- ☒ An appeal fee of $505.00 was not received.

- ☒ A motion to proceed in forma pauperis on appeal was not received.

Please advise the clerk's office how you intend to proceed so that we may process this appeal:

- ☐ An order will be entered finding that the party is not entitled to proceed in forma pauperis.

- ✔ An order has been entered finding that the party is permitted to proceed on appeal in forma pauperis.

Dated this 12th day of April 2017.

_____
United States District Judge

Transmission of the notice of appeal to the U.S. Court of Appeals will be delayed until the District Court determines the party's in forma pauperis status

Forms-Appeal-Memo_IFP_Nonprisoner_to_Judge_Civil
Approved: 12/22/14

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379